S. Amanda Marshall
OSB No. 953473
**S. Amanda Marshall, LLC**
1318 NW Northup Street
Portland, Oregon 97209
Phone: (503) 472-7190
*amanda@maclaw.law*

John P. Kristensen
California Bar No. 224132
**Carpenter & Zuckerman**
8827 West Olympic Boulevard
Beverly Hills, California 90211
Telephone: (310) 273-1230
Fax: (310) 858-1063
*kristensen@cz.law*

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| ADALINE WINNINGHAM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RAFEAL'S GOURMET DINER, LLC dba THE NILE, an Oregon Limited Liability Company, ABDRABARRASOOL M. BUESSA, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 6:22-cv-00382-MK<br><br>**COLLECTIVE ACTION**<br><br>**PLAINTIFF HANNAH THORNTON'S NOTICE OF ACCEPTANCE** |

**COMES NOW** plaintiff Hannah Thornton ("Plaintiff"), by and through undersigned counsel, and submits Plaintiff's Notice of Acceptance of Defendants Rafeal's Gourmet Diner, LLC dba The Nile, and Abdrabarrasool Buessa (collectively, "Defendants.") Federal Rule 68 Offer as follows:

1. Plaintiff filed the consent to join this action on August 22, 2022. Dkt. 18.

2. On December 29, 2022, Defendants served Plaintiff with a Federal Rule 68 Offer in the amount of $8,500.00. *See* **Exhibit 1**.

3. Pursuant to Fed. R. Civ. P. 68, Plaintiff timely serves written notice of her acceptance of the offer via the Court's CM/ECF electronic filing system to Defendants' attorneys of record.

Respectfully submitted,

Dated: January 3, 2023

/s/ *Alina S. Vulic*
Alina S. Vulic
(Pro Hac Vice)
California Bar No. 337080
John P. Kristensen
(Pro Hac Vice)
California Bar No. 224132
**Carpenter & Zuckerman**
8827 West Olympic Boulevard
Beverly Hills, California 90211
Telephone: (310) 273-1230
Fax: (310) 858-1063
*avulic@cz.law*
*kristensen@cz.law*

S. Amanda Marshall
OSB No. 953473
**S. Amanda Marshall, LLC**
1318 NW Northup Street
Portland, Oregon 97209
Phone: (503) 472-7190
*amanda@maclaw.law*

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

    I certify that on Tuesday, January 03, 2023, a true and correct copy of the **PLAINTIFF HANNAH THORNTON'S NOTCE OF ACCEPTANCE** was served via CM/ECF on all participants of record, including the person(s) listed below, pursuant to Fed. R. Civ. P. 5.:

Anthony D. Kuchulis
Joseph Q. Ridgeway
**LITTLER MENDELSON, P.C.**
1300 SW 5th Avenue
Wells Fargo Tower – Ste 2050
Portland, Oregon 97201
Telephone: (503) 221-0309
Fax No.: (503) 242-2457
*jridgeway@littler.com*
*akuchulis@littler.com*

*Attorneys for Defendants*

S. Amanda Marshall – OSB No. 953473
**S. AMANDA MARSHALL, LLC**
1318 NW Northrup Street
Portland, OR 97209
Phone: (503) 472-7190
*amanda@maclaw.law*

*Co-Counsel for Plaintiffs*

                                  */s/ Alina S. Vulic*
                                    Alina S. Vulic