IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ADALINE WINNINGHAM, individually, and on behalf of all others similarly situated, *et al*,<br><br>        Plaintiffs,<br><br>    v.<br><br>RAFEAL'S GOURMET DINER, LLC dba THE NILE, an Oregon Limited Liability Company; ABDRABARRASOOL M. BUESSA, an Individual; and DOES, 1 through 10, inclusive,<br><br>        Defendants. | Case No. 6:22 cv 00382-MK<br><br>**ORDER** |

Magistrate Judge Mustafa Kasubhai filed Findings and Recommendation ("F&R") (doc. 41) on December 19, 2022. The matter is now before me. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72. No objections have been timely filed. Although this relieves me of my obligation to perform a *de novo* review, I retain the obligation to "make an informed, final determination." *Britt v. Simi Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), *overruled on other grounds*, *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc). The Magistrates

Act does not specify a standard of review in cases where no objections are filed. *Ray v. Astrue*, 2012 WL 1598239, *1 (D. Or. May 7, 2012). Following the recommendation of the Rules Advisory Committee, I review the F&R for "clear error on the face of the record[.]" Fed. R. Civ. P. 72 advisory committee's note (1983) (citing *Campbell v. United States District Court*, 501 F.2d 196, 206 (9th Cir. 1974)); *see also United States v. Vonn*, 535 U.S. 55, 64 n.6 (2002) (stating that, "[i]n the absence of a clear legislative mandate, the Advisory Committee Notes provide a reliable source of insight into the meaning of" a federal rule). Having reviewed the file of this case, I find no clear error.

THEREFORE, IT IS HEREBY ORDERED that I ADOPT Judge Mustafa Kasubhai's F&R (doc. 41).

Dated the 17th day of January, 2023.

                                               **/s/Ann Aiken**
                                               Ann Aiken
                                          United States District Judge