IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| ADALINE WINNINGHAM, individually and on behalf of all others similarly situated; and HANNAH THORNTON,<br><br>Plaintiffs,<br><br>v.<br><br>RAFEAL'S GOURMET DINER, LLC dba THE NILE, an Oregon Limited Liability Company, ABDRABARRASOOL M. BUESSA, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 6:22-cv-00382-MK<br><br>**COLLECTIVE ACTION**<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF HANNAH THORNTON** |

On December 29, 2022, Defendants Rafeal's Gourmet Diner, LLC dba The Nile, and Abdrabarrasool Buessa (collectively, "Defendants.") served plaintiff Hannah Thornton ("Plaintiff" or "Thornton") with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of EIGHT THOUSAND FIVE HUNDRED U.S. DOLLARS ($8,500.00), inclusive of reasonable attorneys' fees and costs. On January 03, 2023, Plaintiff accepted the offer. *See* Dkt. 45.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall have and recover from Defendants, jointly and severally, the total sum of EIGHT THOUSAND FIVE HUNDRED U.S. DOLLARS ($8,500.00), inclusive of reasonable attorneys' fees and costs.

///

///

– 2 –

Accordingly, it is **ORDERED AND ADJUDGED** that judgment is entered for Plaintiff and against Defendants for the total sum of EIGHT THOUSAND FIVE HUNDRED U.S. DOLLARS ($8,500.00), inclusive of reasonable attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: March 3, 2023

                                                   s/ Mustafa T. Kasubhai
                                                   MUSTAFA T. KASUBHAI (He / Him)
                                                   United States Magistrate Judge