UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ADALINE WINNINGHAM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RAFEAL'S GOURMET DINER, LLC dba THE NILE, an Oregon Limited Liability Company; ABDRABARRASOOL M. BUESSA, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 6:22-cv-00382-MK<br><br>GENERAL JUDGMENT |

Pursuant to Fed. R. Civ. P. 41(b), a general judgment of dismissal is entered against Plaintiff Adaline Winningham, with prejudice and with costs for failure to prosecute and failure to comply with the court order to show cause.

Pursuant to this Judgment of Dismissal against Plaintiff Adaline Winningham, and the offer of judgment entered for Plaintiff Hannah Thornton, all Plaintiffs have been terminated and this case is now closed.

It is so ORDERED and DATED this _____ day of _____, 2023.

_____
The Honorable Judge Mustafa T. Kasubhai
United States Magistrate Judge