# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## EUGENE DIVISION

**ADALINE WINNINGHAM,**

            Plaintiff,                             No. 6:22-cv-00382-MK

        v.                                        **JUDGMENT**

**RAFEAL'S GOURMET DINER,
LLC, et al.**

            Defendants.

_____

AIKEN, District Judge.

      For the reasons set forth in the accompanying Order, this case is DISMISSED

without prejudice.

      It is so ORDERED and DATED this  31st  day of May 2023.


                                 /s/Ann Aiken_____
                                ANN AIKEN
                                United States District Judge